**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Denise M Hewitt,<br>　　　　　Debtors<br><br>KelDon I LLC<br>　　　　　Movant<br>　v.<br>Denise M Hewitt<br>　　　　　Debtors/Respondent<br><br>William C. Miller, Esquire<br>　　　　　Trustee/Respondent | Bankruptcy No. 2:20-bk-11075<br><br>Chapter 13<br><br>Related to Doc. No. 2 |

## KELDON I LLC'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Secured creditor, KelDon I LLC, ("KelDon"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtors, Denise M Hewitt, and in support thereof alleges as follows:

1. Debtors, Denise M Hewitt ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 21, 2020.

2. KelDon holds a security interest in the Debtor's real property located 9347 Edmund Street, Philadelphia, PA 19114 (the "Property"), by virtue of a Mortgage recorded with the Commissioner of Records of the City of Philadelphia on February 12, 2007 in Document ID Number 51630242, which has ultimately been assigned to KelDon.

3. Said Mortgage secures a Note in the amount of $160,000.00.

4. On February 21, 2020, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "A."

5. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtors' intentions in regard to the subject property and claim.

6. Thus, the Plan is unclear, as therefore, infeasible.

7. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) KelDon I LLC hereby objects to Debtors' proposed Plan due to the fact that the treatment of Secured Creditor's Claim is not accounted for in the Plan filed by the Debtor. See 11 U.S.C.A. § 1322(b)(3) and (b)(5).

WHEREFORE, Secured creditor, KelDon I LLC, respectfully requests that this Court not confirm Debtors' Chapter 13 Plan.

    Respectfully Submitted,
    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Brandon Pack
    Brandon Pack, Esquire
    Pennsylvania Bar Number 311976
    Email: bpack@rasnj.com

Date: April 14, 2020

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Denise M Hewitt,<br>　　　　　Debtors<br><br>KelDon I LLC<br>　　　　　Movant<br>　v.<br>Denise M Hewitt<br>　　　　　Debtors/Respondent<br><br>William C. Miller, Esquire<br>　　　　　Trustee/Respondent | Bankruptcy No. 2:20-bk-11075<br><br>Chapter 13<br><br>Related to Doc. No. 2 |

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** that on April 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

DENISE M HEWITT
9347 EDMUND STREET
PHILADELPHIA, PA 19114

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

           Respectfully Submitted,

           RAS Crane, LLC
           Attorney for Secured Creditor
           10700 Abbott's Bridge Road, Suite 170
           Duluth, GA 30097
           Telephone: 470-321-7112
           Facsimile: 404-393-1425

           By: /s/Brandon Pack_____
           Brandon Pack, Esquire
           Pennsylvania Bar Number 311976
           Email: bpack@rasnj.com

Date: April 14, 2020