IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Hewitt<br>    Debtor,<br><br>KelDon I LLC<br>    Movant.<br>v.<br><br>Denise Hewitt<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-11075/ELF<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

<u>KELDON I LLC'S</u>
<u>NOTICE OF DEFAULT OF STIPULATION</u>

**RE: PROPERTY KNOWN AS 9347 Edmund Street, Philadelphia, PA 19114**

TO:
Denise Hewitt
9347 Edmund Street
Philadelphia, PA 19114

Brad J. Sadek, Esquire, Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 1
Sent via electronic notification: brad@sadeklaw.com

    You are hereby notified that the Debtor is in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtor has failed to make the following payments and late charges:

Regular payments of $1,218.35 from November 1, 2022 through January 1, 2023 which total $3,655.05;
Attorney fee of $100.00 for this Notice of Default
Less Debtor's Suspense $(270.62)

**TOTAL DEFAULT AS OF JANUARY 4, 2023 IS** $3,484.43

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well.  Pursuant to the terms of the Stipulation, the full cure of the default must be via certified funds, money orders or cashier's check, with the loan number clearly written thereon and made payable to Nationstar Mortgage LLC.  During pendency of this default, please remit all payments to:  c/o LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court, and request the Court to enter an Order granting Movant relief from the Automatic Stay.

Respectfully submitted,

Dated:      1/4/23

BY:   */s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

File #:  20-065363