# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Denise M Hewitt,<br>                Debtor. | Chapter 13 |
| KelDon I LLC,<br>                Secured Creditor,<br>vs.<br><br>Denise M Hewitt,<br>                Debtor / Respondent,<br>and<br>KENNETH E. WEST,<br>                Trustee / Respondent. | Case No.: 20-11075-pmm |

## CERTIFICATE OF DEFAULT

      The undersigned, attorney for KelDon I LLC ("Secured Creditor"), hereby certifies that Debtor has defaulted upon the terms of that certain Stipulation and Order approved by the Court on December 3, 2020. It is further certified that the attached notice dated October 24, 2023, was served upon the Debtor, Co-Debtor and Debtor's attorney on the date appearing on said notice. Debtor has failed to cure the default as stated in the notice and any amounts that may have come due in the normal course following said notice. Accordingly, Secured Creditor respectfully requests the Court enter an Order granting Movant relief from the automatic stay with respect to real property of the Debtor known as and located at 9347 Edmund St, Philadelphia, PA 19114.

|  |  |
|---|---|
|  | Respectfully submitted,<br>ALBERTELLI LAW |
| DATED: November 17, 2023 | /s/ Roger Fay, Esq., ID No. 315987<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net<br>(856) 724-1888<br>Attorneys for Secured Creditor |